# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASEN LYNN DUSHANE, | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:15-cv-00531-RCJ-WGC |
| NEVADA DEPARTMENT OF CORRECTIONS et al., | ) | **ORDER** |
| Defendants. | ) | |

## I. DISCUSSION

On July 18, 2016, this Court dismissed Plaintiff's case with prejudice for failure to file an updated address in compliance with the Court's June 7, 2016 order. (ECF No. 11). On November 17, 2016, Plaintiff filed a notice of change of address. (ECF No. 14). Plaintiff then filed a motion for extension of time (ECF No. 15), a motion to set aside judgment (ECF No. 16), and a motion in support of dismissal (ECF No. 19). The Court denies all of these motions in this closed case. Plaintiff shall not file anymore documents in this closed case.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 15) is denied.

IT IS FURTHER ORDERED that the motion to set aside judgment (ECF No. 16) is denied.

///

///

///

IT IS FURTHER ORDERED that the motion in support of dismissal (ECF No. 19) is denied.

Dated: This 16th day of February, 2017.

_____
United States District Judge